**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ANTHONY ANTWON HARRIS, #202236, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIV. A. NO. 17-0543-JB-MU ) |
| CHRISTOPHER GORDY, | ) ) |
| Respondent. | ) ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE** this 19th day of October, 2018.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE