**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| ANTHONY ANTWON HARRIS, #202236, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIV. A. NO. 17-0543-JB-MU ) |
| CHRISTOPHER GORDY, | ) ) ) |
| Respondent. | ) |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) be **DISMISSED WITHOUT PREJUDICE**. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 19th day of October, 2018.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE